UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC EVANS,<br><br>                    Plaintiff,<br><br>     v.<br><br>JACOBS SOLUTIONS INC. et al.,<br><br>                    Defendants. | CASE NO. 2:23-cv-01352-LK<br><br>ORDER DENYING STIPULATED MOTION TO REMAND |

       This matter comes before the Court on the parties' Stipulated Motion to Remand to State Court. Dkt. No. 16. The parties state that they "have agreed to remand as a settlement term, and remand will effectuate swift resolution of the matter." *Id.* at 1. However, if a court has diversity jurisdiction over a case, its "virtually unflagging obligation to exercise the jurisdiction conferred upon [it] by the coordinate branches of government and duly invoked by litigants" precludes it from remanding state law claims. *Williams v. Costco Wholesale Corp.,* 471 F.3d 975, 977 (9th Cir. 2006) (quoting *United States v. Rubenstein,* 971 F.2d 288, 293 (9th Cir. 1992) (alteration in original) (internal quotation marks omitted)).

ORDER DENYING STIPULATED MOTION TO REMAND - 1

Here, Defendants Jacobs Solutions Inc. and CH2M HILL, Inc. have invoked the Court's jurisdiction under 28 U.S.C. § 1332(d). Dkt. No. 1 at 4. Plaintiff Eric Evans has not controverted Defendants' assertion that the Court has original jurisdiction over this action because it is "a class action involving more than 100 members, . . . the matter in controversy exceeds the sum of $5,000,000, exclusive of interest and costs, and Plaintiff is a citizen of a state different from at least one Defendant." *Id*. Absent some jurisdictional defect, remand is not permitted. *See Kakarala v. Wells Fargo Bank, NA*, 615 F. App'x 424, 425 (9th Cir. 2015) ("Given that diversity jurisdiction existed over Kakarala's state law claims at the time of the district court's remand order, '[t]he district court had no discretion to remand these claims to state court.'" (quoting *Williams*, 471 F.3d at 977)). Accordingly, the Court DENIES the parties' motion.

Dated this 28th day of May, 2024.

Lauren King
United States District Judge

ORDER DENYING STIPULATED MOTION TO REMAND - 2