UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC EVANS,<br><br>             Plaintiff,<br>    v.<br><br>JACOBS SOLUTIONS INC. et al.,<br><br>             Defendants. | CASE NO. 2:23-cv-01352-LK<br><br>ORDER OF DISMISSAL |

Pursuant to the parties' Stipulation for Order of Dismissal Without Prejudice, Dkt. No. 19, the Court DISMISSES this matter without prejudice and without an award of costs or attorney's fees to either party.

Dated this 28th day of June, 2024.

*Lauren King*

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1